UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JARRET ALAN GUY** ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:11-0538 |
| ] | Judge Sharp |
| **WARDEN JIM MORROW** ] | |
|     Respondent. ] | |

**O R D E R**

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in petitioner's *pro se* petition (Docket Entry No.1) for writ of habeas corpus. The petition, therefore, is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge